*881 Sup. Ct. La.;
Sup. Ct. Ill.;
Sup. Ct. Pa.;
Sup. Ct. Mo.;
Sup. Ct. Ala.;
Sup. Ct. Ind.;
Sup. Ct. Neb.;
Sup. Ct. Ala.;
Sup. Ct. Ga.;
Sup. Ct. Ind.;
Sup. Ct. Ga.;
Sup. Ct. Ohio;
Sup. Ct. Va.;
Sup. Ct. Ga.;
C. A. 11th Cir.;
C. A. 4th Cir.;
Sup. Ct. Cal.;
Sup. Ct. Pa.;
C. A. 11th Cir.;
Sup. Ct. Ga.;
Sup. Ct. Mo.;
Sup. Ct. Pa.;
C. A. 11th Cir.;
Sup. Ct. Cal.;
Sup. Ct. Cal.;
Ct. Crim. App. Tex.;
Sup. Ct. Ga.;
Sup. Ct. Mo.;
Sup. Ct. S. C.;
Ct. Crim. App. Okla.;
Sup. Ct. Ill.;
Sup. Ct. Ill.;
Sup. Ct. Ill.;
Sup. Ct. Ohio;
Sup. Ct. S. C.;
*882 No. 90-5152.
No. 90-5171.
No. 90-5211.
No. 90-5217.
No. 90-5222.
No. 90-5236.
No. 90-5297.
No. 90-5305.
No. 90-5444.
No. 90-5453.
Sup. Ct. Mo.;
Sup. Ct. Ohio;
Sup. Ct. Va.;
Sup. Ct. Ga.;
Sup. Ct. Fla.;'
Ct. Crim. App. Ala.;
Sup. Ct. Ind.;
Ct. Crim. App. Tex.;
Sup. Ct. Ohio; and
Sup. Ct. Mo. Certiorari denied. Reported below: No. 89-7188, 552 So. 2d 355; No. 89-7355, 133 Ill. 2d 173, 549 N. E. 2d 268; No. 89-7430, 521 Pa. 188, 555 A. 2d 846; No. 89-7444, 784 S. W. 2d 789; No. 89-7473, 547 N. E. 2d 814; No. 89-7476, 233 Neb. 74, 444 N. W. 2d 610; No. 89-7491, 557 So. 2d 1311; No. 89-7577, 547 N. E. 2d 1046; No. 89-7616, 259 Ga. 745, 386 S. E. 2d 351; No. 89-7617, 48 Ohio St. 3d 50, 549 N. E. 2d 491; No. 89-7632, 239 Va. 243, 389 S. E. 2d 871; No. 89-7638, 259 Ga. 412, 383 S. E. 2d 128; No. 89-7640, 891 F. 2d 807; No. 89-7661, 891 F. 2d 483; No. 89-7672, 49 Cal. 3d 991, 782 P. 2d 627; No. 89-7719, 524 Pa. 282, 571 A. 2d 1035; No. 89-7732, 891 F. 2d 800; No. 89-7793, 783 S. W. 2d 82; No. 89-7806, 523 Pa. 384, 567 A. 2d 1023; No. 89-7835, 892 F. 2d 1502; No. 89-7839, 50 Cal. 3d 134, 785 P. 2d 857; No. 89-7884, 49 Cal. 3d 1170, 783 P. 2d 211; No. 90-5003, 786 S. W. 2d 271; No. 90-5015, 260 Ga. 38, 389 S. E. 2d 218; No. 90-5027, 785 S. W. 2d 531; No. 90-5029, 302 S. C. 18, 393 S. E. 2d 364; No. 90-5051, 788 P. 2d 387; Nos. 90-5066 and 90-5328, 135 Ill. 2d 18, 552 N. E. 2d 791; No. 90-5109, 135 Ill. 2d 78, 552 N. E. 2d 743; No. 90-5123, 49 Ohio St. 3d 182, 552 N. E. 2d 180; No. 90-5148, 301 S. C. 347, 392 S. E. 2d 157; No. 90-5152, 785 S. W. 2d 524; No. 90-5171, 49 Ohio St. 3d 255, 552 N. E. 2d 191; No. 90-5211, 239 Va. 534, 391 S. E. 2d 276; No. 90-5217, 259 Ga. 770, 386 S. E. 2d 509; No. 90-5222, 560 So. 2d 203; No. 90-5236, 568 So. 2d 864; No. 90-5297, 541 N. E. 2d 894; No. 90-5305, 787 S. W. 2d 397; No. 90-5444, 50 Ohio St. 3d 58, 552 N. E. 2d 894; No. 90-5453, 787 S. W. 2d 718.